# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KS DEVELOPMENT COMPANY, L.P. AND KS DEVELOPMENT COMPANY 2, L.P., | : | No. 839 MAL 2016 |
| | : | |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| LOWER NAZARETH TOWNSHIP AND AAA OF NORTHAMPTON, ROBERT AND BEVERLY HOYER, WIND-DRIFT REAL ESTATE ASSOCIATES, WOODMONT PROPERTIES, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.